UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT KING,<br>    Plaintiff, | : | CASE NO. 3:17-cv-1741 (MPS) |
| v. | : | |
| GATES, et al.,<br>    Defendants. | : | JANUARY 22, 2018 |

**RULING ON MOTION TO AMEND**

Plaintiff Robert King, currently incarcerated at the Cheshire Correctional Institution in Cheshire, Connecticut, filed this case *pro se* under 42 U.S.C. § 1983 asserting claims for use of excessive force. In the November 16, 2017 Initial Review Order, the Court informed the plaintiff that he could file an amended complaint to allege facts showing that defendants Simmons, Russo, and Noyce participated in the use of force against him. *See* ECF No. 10 at 4. In response, the plaintiff has filed a motion for leave to amend and a proposed amended complaint.

The plaintiff's motion [**ECF No. 17**] is **GRANTED**. The Clerk is directed to docket the amended complaint. In addition, the Clerk shall verify the current work addresses for defendants Simmons, Russo, and Noyce with the Department of Correction Office of Legal Affairs, mail waiver of service of process request packets containing the Complaint to each defendant at the confirmed address within **twenty-one (21) days** of this Order, and report to the court on the status of the waiver request on the thirty-fifth (35) day after mailing. If any defendant fails to

return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshal Service on him in individual capacity and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

**SO ORDERED** this 22nd day of January 2018 at Hartford, Connecticut.

/s/
Michael P. Shea
United States District Judge